[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 20, 2005
THOMAS K. KAHN
CLERK**

_____

No. 05-11429

_____

D. C. Docket No. 03-00287-CR-A-N

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HENRY LEE GORDON, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

**(October 20, 2005)**

Before BIRCH, BARKETT and FAY, Circuit Judges

PER CURIAM:

Jay Lewis, appointed counsel for Henry Lee Gordon, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gordon's convictions and sentences are **AFFIRMED.**